UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| JOHN GARRETT SMITH,<br><br>　　　　　　　　Plaintiff,<br><br>　v.<br><br>RONALD HAYNES, et al.,<br><br>　　　　　　　　Defendants. | CASE NO. 3:18-cv-05144-RBL-JRC<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION |

The Court, having reviewed the Report and Recommendation of Magistrate Judge J. Richard Creatura, objections to the Report and Recommendation, if any, and the remaining record, does hereby find and **ORDER:**

(1)　The Court adopts the Report and Recommendation.

(2)　Plaintiff's RICO Act claims are dismissed. His claims against defendants Gregory Jones, Ronald Haynes, "C. Tornquist," and "Officer Harper" described on page 7 of his complaint (Dkt. 6 at 7) may proceed.

**DATED** this 22nd day of May, 2018.

　　　　　　　　　　　　　　　_Ronald B. Leighton_
　　　　　　　　　　　　　　　Ronald B. Leighton
　　　　　　　　　　　　　　　United States District Judge

ORDER ADOPTING REPORT AND
RECOMMENDATION - 1