UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| JOHN GARRETT SMITH,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>RONALD HAYNES, et al.,<br><br>　　　　　　　Defendants. | CASE NO. 3:18-cv-05144-RBL-JRC<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION |

The Court, having reviewed the Report and Recommendation of Magistrate Judge J. Richard Creatura, objections to the Report and Recommendation, if any, and the remaining record, does hereby find and **ORDER:**

(1)　The Court adopts the Report and Recommendation.

(2)　The Court grants defendants' Motion to Dismiss (Dkt. 18), and Orders that this action is dismissed with prejudice. All other outstanding motions are denied as moot.

**DATED** this 2nd day of October, 2018.

　　　　　　　　　　　　　　　　　Ronald B. Leighton
　　　　　　　　　　　　　　　　　United States District Judge

ORDER ADOPTING REPORT AND
RECOMMENDATION - 1